UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TODD CRIST,

        Plaintiff,

  v.

DEEP SEA FISHERIES, INC.,

        Defendant.

CASE NO. C07-0955-JCC

ORDER

    This matter comes before the Court on Plaintiff counsel's motion for leave to withdraw (Dkt. No. 13) and revised motion to withdraw (Dkt. No. 17). No opposition to this motion has been filed. In accordance with Local Rule GR 2(g)(4)(A) and this Court's Minute Order (Dkt. No. 16), counsel has certified that a copy of the revised motion has been served upon Plaintiff at his present address. (*See* Rev. Mot. 1–2 (Dkt. No. 17).) Having considered the motions and the record in this matter, the Court finds good cause to grant leave for counsel to withdraw, and the motion to withdraw is GRANTED. Accordingly, the undersigned counsel to the motion, Christopher D. Kuebler and Michael J. Fisher, are hereby permitted to withdraw as counsel for Todd Crist; withdrawal is effective immediately.

ORDER – 1

SO ORDERED this 2nd day of October, 2008.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER – 2