Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD CRIST,<br><br>      Plaintiff,<br><br>  v.<br><br>DEEP SEA FISHERIES, INC.,<br><br>      Defendant. | C07-0955-JCC<br><br>**ORDER** |

      This matter comes before the Court on the motion of Plaintiff's counsel Dennis M. O'Bryan to withdraw. (Dkt. No. 27). Mr. O'Bryan avers that he mailed a copy of the motion to Plaintiff via certified mail. (Dkt. No. 28).

      The Court hereby GRANTS the motion of Plaintiff's counsel, and hereby permits Mr. Dennis O'Bryan to withdraw as counsel for Todd Crist. Withdrawal is effective immediately.

      SO ORDERED this 17th day of November, 2009.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge

ORDER, C07-0955-JCC
Page 1